IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHNNY R. HUFF, SR.,

    Plaintiff,

v.                                Civil Action No. 3:15CV135

ATTORNEY GENERAL OF VIRGINIA, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 17, 2015, the Court conditionally docketed this action. On March 25, 2015, the Court received a letter from Johnny R. Huff, Sr.'s place of incarceration that stated Huff had been released on March 5, 2015. Since his release, Huff has not contacted the Court to provide a current address. Huff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Huff.

                                                /s/ REP

                                      Robert E. Payne
Date: May 8, 2015         Senior United States District Judge
Richmond, Virginia